No. 04–9020. YOWEL, AKA ROBINSON v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 04–9203. REED v. ARIZONA ET AL. Ct. App. Ariz. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 04M67. GARCIA-MEJIA v. UNITED STATES. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 04M68. SLAUGHTER v. METRISH, WARDEN. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.